UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL DWAYNE THOMPSON | * | CIVIL ACTION NO. 08-1511 |
| VERSUS | * | JUDGE STAGG |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that plaintiff's Motion for Approval of an Attorney Fee Pursuant to 42 U.S.C. § 406(b) [doc. # 20] is hereby GRANTED IN PART, and that fees are awarded in favor of plaintiff's counsel in the amount of $8,604.25, made payable to John G. Ratcliff, subject to counsel's obligation to refund to his client previously awarded EAJA fees in the amount of $2,130.00.

IT IS FURTHER ORDERED that the motion [doc. # 20] otherwise is DENIED.

THUS DONE AND SIGNED this 16th day of December 2010 in Shreveport, Louisiana.

TOM STAGG
UNITED STATES DISTRICT JUDGE